**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MATTEAL AMMONS         §         Case No.: 08-19623
                                §
                                §
                                §
                                §
     Debtor(s)                  §
---------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2008.

2) The case was confirmed on 01/26/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/26/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/02/2009.

5) The case was dismissed on 05/11/2009.

6) Number of months from filing to the last payment: 5

7) Number of months case was pending: 12

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   3,540.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

```
================================================================================
 Receipts:
         Total paid by or on behalf of the debtor          $     1,530.00
         Less amount refunded to debtor                    $          .00
 NET RECEIPTS                                              $     1,530.00
================================================================================


================================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan             $       593.46
         Court Costs                                       $          .00
         Trustee  Expenses and Compensation                $       111.04
         Other                                             $          .00

 TOTAL EXPENSES OF ADMINISTRATION                          $       704.50

 Attorney fees paid and disclosed by debtor                $        26.00
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor                     Claim         Claim         Claim       Principal      Int.
  Name            Class      Scheduled     Asserted      Allowed        Paid         Paid

 FIRST PREMIER BANK    UNSECURED      479.00         NA           NA           .00          .00
 RCN 14 CHICAGO        UNSECURED      117.00         NA           NA           .00          .00
 ARROW FINANCIAL SERV  UNSECURED      369.00     390.10       390.10          .00          .00
 MOST FUNDING          UNSECURED      260.00         NA           NA           .00          .00
 MONROE & MAIN         UNSECURED      254.00     254.97       254.97          .00          .00
 SAGE TELECOM INC      UNSECURED      109.00         NA           NA           .00          .00
 PEOPLES GAS LIGHT &   UNSECURED      404.00         NA           NA           .00          .00
 RJM AQUISITIONS FUND  UNSECURED       46.00      46.94        46.94          .00          .00
 T MOBILE              UNSECURED      385.00         NA           NA           .00          .00
 JEFFERSON CAPITAL SY  UNSECURED          NA     397.58       397.58          .00          .00
 WELLS FARGO AUTO FIN  SECURED      8,350.00   8,350.00     8,350.00       786.75        38.75
 WELLS FARGO AUTO FIN  UNSECURED    6,218.00   6,532.39     6,532.39          .00          .00
 INTERNAL REVENUE SER  PRIORITY     6,000.00   7,305.23     7,305.23          .00          .00
 STATE OF ILLINOIS     PRIORITY     4,000.00         NA           NA           .00          .00
 WEST HAVEN PARK AVE   OTHER              NA         NA           NA           .00          .00
 INTERNAL REVENUE SER  UNSECURED          NA     127.35       127.35          .00          .00
================================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 8,350.00 | 786.75 | 38.75 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 8,350.00 | 786.75 | 38.75 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,305.23 | .00 | .00 |
| **TOTAL PRIORITY:** | 7,305.23 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,749.33 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 704.50 |
| Disbursements to Creditors | $ | 825.50 |
| **TOTAL DISBURSEMENTS:** | $ | 1,530.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/16/2009         /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**